UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BASF CORP., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:18 CV 1620 RWS |
| EX DENT STL, | ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Upon careful consideration of the motion for default judgment and accompanying materials, plaintiff is entitled to default judgment against defendant in the amount sought for the reasons set forth in the motion and supporting memorandum. Accordingly,

**IT IS HEREBY ORDERED** that the motion for default judgment [13] is granted, and plaintiff shall have default judgment against defendant in the amount of $359,983.68, plus $450.00 in costs.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2019.